**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EMILIA TOMA,

            Plaintiff,

  -against-

HALPERN & PINTEL, INC., STARLIGHT
REALTY ASSOCIATES, LLC, PAUL PINTEL
and JOSHUA PINTEL

           Defendants.
-------------------------------------------------------X

10 Civ. 5936 (AKH)

**STIPULATION OF DISMISSAL**

**ECF CASE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED, that the Court shall endorse this Stipulation, having found that the settlement agreement reached by the parties is a fair and reasonable resolution to a *bona fide* dispute.

IT IS FURTHER STIPULATED AND AGREED, that this Court retains jurisdiction over the Settlement Agreement resolving this action.

THE LEGAL AID SOCIETY

By:_____
Karen Cacace, Esq.
199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3626
*Attorneys for Plaintiff*

Dated: 9/8/11

BERKE-WEISS & PECHMAN LLP

By:_____
Louis Pechman, Esq.
488 Madison Avenue
New York, NY 10022
(212) 583-9500
*Attorney for Defendants*

Dated: 9/14/11

SO ORDERED: 9/16/11

_____
Hon. Alvin K. Hellerstein